Form:defch11

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 25–43017–prh
Chapter: 11

In Re: (NAME OF DEBTOR(S))
   Pendy's Restaurant Group, LLC
   20930 Mack Avenue
   Grosse Pointe, MI 48236

Social Security No.:

Employer's Tax I.D. No.:
   88–4045972

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

| | |
|---|---|
| ☐ Attachment to Voluntary Petition for Non–Individuals Filing for Bankruptcy under Ch. 11 | ☐ Schedule C – Joint Debtor |
| ☑ Balance Sheet (Small Business Only) | ☑ Schedule D |
| ☐ Bankruptcy Petition Preparers Notice, Declaration and Signature | ☑ Schedule E/F |
| ☑ Cash Flow Statement (Small Business Only) | ☑ Schedule G |
| ☐ Chapter 11 Statement of Your Current Monthly Income – Form 122B | ☑ Schedule H |
| ☐ Credit Counseling Certificate | ☐ Schedule I |
| ☐ Credit Counseling Certificate – Joint Debtor | ☐ Schedule J |
| ☐ Declaration About an Individual Debtor(s) Schedules | ☐ Schedule J–2 |
| ☑ Declaration under Penalty of Perjury for Non–Individual Debtors | ☐ Schedules A–J |
| ☐ Declaration under Penalty of Perjury for Debtor(s) without an Attorney | ☑ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P.2016(b) |
| ☐ List of Equity Security Holders | ☑ Statement of Financial Affairs |
| ☑ Income Tax Return | ☑ Statement of Operation |
| ☐ Initial Statement About an Eviction Judgment Against You | ☑ Statement Regarding Authority to Sign and File Petition (Business Only) |
| ☑ Schedule A/B | ☑ Summary of Assets and Liabilities |
| ☐ Schedule C – Debtor | ☐ Tax ID |

The missing document(s) must be filed on or before **4/9/25**.

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 3/27/25

BY THE COURT


Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court