**Fill in this information to identify the case:**

Debtor name **Pendy's Restaurant Group, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number: **25-43017**

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                 12/17

Month: **April 2025**

Line of business: **Restaurant**

Date report filed: 05/28/2025
MM/DD/YYYY

NAISC code: **2511**

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: **Susan Pendy**

Original signature of responsible party **/s/ Susan Pendy**

Printed name of responsible party **Susan Pendy**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

|   |   | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

|   |   | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☒ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☒ | ☐ |

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**
This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ 10,501.97

20. **Total cash receipts**          $ 90,098.21

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                  $    **90,098.21**

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                              - $    **78,479.12**

22.  **Net case flow**                                                    + $    **11,619.09**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**                            = $    **22,121.06**

Add line 22 + line 19. Report the result here.

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

### 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                                   $    **0.00**
     *(Exhibit E)*

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                $    **0.00**
     *(Exhibit F)*

### 5. Employees

26.  What was the number of employees when the case was filed?            $    **22**

27.  What is the number of employees as of the date of this monthly report?  $    **22**

### 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?  $    **0.00**

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $    **0.00**

| | | |
|---|---|---|
| 30. | How much have you paid this month in other professional fees? | $ __0.00__ |
| 31. | How much have you paid in total other professional fees since filing the case? | $ __0.00__ |

## ■ 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | _ | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|---|
| 32. | **Cash receipts** | $ _____ | - | $ _____ | | $ _____ |
| 33. | **Cash disbursements** | $ _____ | - | $ _____ | | $ _____ |
| 34. | **Net cash flow** | $ _____ | - | $ _____ | | $ _____ |

| | | |
|---|---|---|
| 35. | Total projected cash receipts for the next month: | $ _____ |
| 36. | Total projected cash disbursements for the next month: | - $ _____ |
| 37. | Total projected net cash flow for the next month: | = $ _____ |

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.
☐ 42. Project, job costing, or work-in-progress reports.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:

                                           Case No. 25-43017-PRH

**PENDY'S RESTAURANT GROUP, LLC.**      Chapter 11, Subchapter V

                                           Hon. Paul R. Hage

      Debtor.

---

## EXHIBIT A

## SMALL BUSINESS MONTHLY OPERATING REPORT
## FOR THE PERIOD ENDING APRIL 30, 2025

<u>Questions 5.</u> The Debtor has opened a DIP account at Fifth Third Bank. Debtor's prepetition account at Comerica Bank was needed to remain open during a portion of April 2025, while Debtor transitions the credit card processing to the Huntington DIP account.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:

**PENDY'S RESTAURANT GROUP, LLC.**

      Debtor.

**Case No. 25-43017-PRH**
**Chapter 11, Subchapter V**
**Hon. Paul R. Hage**

---

## EXHIBIT B

## SMALL BUSINESS MONTHLY OPERATING REPORT
## FOR THE PERIOD ENDING APRIL 30, 2025

<u>Question 10</u>: The Debtor's prepetition account at Comerica Bank remained open during a portion of April to allow Debtor to continue to receive funds from its credit card processor via ACH deposits.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:

PENDY'S RESTAURANT GROUP, LLC.

    Debtor.

Case No. 25-43017-PRH
Chapter 11, Subchapter V
Hon. Paul R. Hage

---

## EXHIBIT C

## SMALL BUSINESS MONTHLY OPERATING REPORT
## CASH RECEIPTS FOR THE PERIOD ENDING APRIL 30, 2025

See Attached Income and Expense Statement.

**Income and Expense Statement**
**April 1 through April 30, 2025**

Income

| | | |
|---|---|---|
| Receipts from Sales | $ | 83,158.03 |
| Payroll Adjustment/Refund | $ | 6,940.18 |
| | | |
| TOTAL: | $ | 90,098.21 |

Expenses

| | | |
|---|---|---|
| - Payroll | $ | 27,484.18 |
| - Food Purchases | $ | 16,178.81 |
| - Beer/Wine/Alcohol | $ | 8,853.77 |
| - Tips | $ | 10,249.62 |
| - Repairs | $ | 436.00 |
| - Supplies | $ | 1,133.54 |
| - Payroll Processing Fees | $ | 341.60 |
| - Bank/Credit Card Fees | $ | 2,723.66 |
| - Vehicle | $ | 588.31 |
| - Utilities | $ | 837.48 |
| - Insurance | $ | 2,012.89 |
| - Dues/Licenses/Subscriptions | $ | 39.29 |
| - Entertainment | $ | 800.00 |
| - Misc. Expneses | $ | 3,154.31 |
| | | |
| TOTAL: | $ | 74,833.46 |

| | | |
|---|---|---|
| **NET INCOME:** | **$** | **15,264.75** |
| | | |
| Utility Deposit | $ | 3,645.66 |
| | | |
| **Net Cash Flow** | **$** | **11,619.09** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:

**PENDY'S RESTAURANT GROUP, LLC.**

Debtor.

Case No. 25-43017-PRH
Chapter 11, Subchapter V
Hon. Paul R. Hage

---

## EXHIBIT D

## SMALL BUSINESS MONTHLY OPERATING REPORT
## FOR THE PERIOD ENDING APRIL 30, 2025

See Attached Income and Expense Statement.

**Income and Expense Statement**
**April 1 through April 30, 2025**

Income
Receipts from Sales                              $      83,158.03
Payroll Adjustment/Refund                        $       6,940.18

TOTAL:                                           $      90,098.21

Expenses

 - Payroll                                       $      27,484.18
 - Food Purchases                                $      16,178.81
 - Beer/Wine/Alcohol                             $       8,853.77
 - Tips                                          $      10,249.62
 - Repairs                                       $         436.00
 - Supplies                                      $       1,133.54
 - Payroll Processing Fees                       $         341.60
 - Bank/Credit Card Fees                         $       2,723.66
 - Vehicle                                       $         588.31
 - Utilities                                     $         837.48
 - Insurance                                     $       2,012.89
 - Dues/Licenses/Subscriptions                   $          39.29
 - Entertainment                                 $         800.00
 - Misc. Expneses                                $       3,154.31

TOTAL:                                           $      74,833.46


**NET INCOME:**                                  $      **15,264.75**

Utility Deposit                                  $       3,645.66

**Net Cash Flow**                                $      **11,619.09**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:

PENDY'S RESTAURANT GROUP, LLC.

Debtor.

Case No. 25-43017-PRH
Chapter 11, Subchapter V
Hon. Paul R. Hage

---

## EXHIBIT E

## SMALL BUSINESS MONTHLY OPERATING REPORT
## FOR THE PERIOD ENDING MARACH 31, 2025

## ACCOUNTS PAYABLE

**NONE**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:

**PENDY'S RESTAURANT GROUP, LLC.**

Case No. 25-43017-PRH
Chapter 11, Subchapter V
Hon. Paul R. Hage

Debtor.

---

## EXHIBIT F

## SMALL BUSINESS MONTHLY OPERATING REPORT
## EXPENSES FOR THE PERIOD ENDING APRIL 30, 2025

## ACCOUNTS RECEIVABLE

**NONE**

In re:

PENDY'S RESTAURANT GROUP, LLC.

Debtor.

Case No. 25-43017-PRH
Chapter 11, Subchapter V
Hon. Paul R. Hage

---

## EXHIBIT G

## SMALL BUSINESS MONTHLY OPERATING REPORT
## BANK RECORDS FOR THE PERIOD
## ENDING APRIL 30, 2025

See Attached Bank Statements.

80251

Ihlalialhadlilidhilidudl
PENDYS RESTAURANT GROUP LLC
1975 SHOREPOINTE LN
GROSSE POINTE WOODS MI 48236

*Basic Business Checking*
**statement**

**April 1, 2025** to **April 30, 2025**
**Account number** 1853967337

# Account summary

| | |
|---|---:|
| **Beginning balance**<br>**on April 1, 2025** | **$10,502.17** |
| Plus deposits | |
| Electronic deposits | $21,487.34 |
| Paper deposits | $2,320.24 |
| Less withdrawals | |
| Checks | -$12,863.10 |
| ATM/Debit Card withdrawals | -$2,809.63 |
| Electronic (EFT) withdrawals | -$18,073.26 |
| Other withdrawals | -$300.00 |
| Fees and service charges | -$204.95 |
| **Ending balance**<br>**on April 30, 2025** | **$58.81** |

**To contact us**

**Call**
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8251

**Important information**

The Account Balance Fee for this statement
period for this account is $0.00/$1,000.

**Thank you**

## *Basic Business Checking* account details: XXXXXX7337

### Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Apr 03 | 1,124.22 | Spoton, Inc. Merch Dep 250402 545500001757285 | | 9488589388 |
| Apr 03 | 55.56 | Gordon Food Serv AR Payment 0001-722570790 | | 9488596523 |
| Apr 04 | 2,279.45 | Spoton, Inc. Merch Dep 250403 545500001757285 | | 9488762714 |
| Apr 07 | 6,868.22 | Spoton, Inc. Merch Dep 250404 545500001757285 | | 9488533550 |
| Apr 07 | 1,326.30 | Spoton, Inc. Merch Dep 250404 545500001757285 | | 9488157017 |
| Apr 09 | 2,599.91 | Spoton, Inc. Merch Dep 250408 545500001757285 | | 9488009127 |
| Apr 10 | 153.50 | Gordon Food Serv AR Payment 0001-722570790 | | 9488253955 |
| Apr 15 | 1,177.62 | Payx Adjustment Payroll X4sjouhvcbnakpq | | 9488474246 |
| Apr 16 | 5,762.56 | Payx Adjustment Payroll S8gasjqipnmxc3z | | 9488642949 |
| Apr 22 | 140.00 | Zelle Nicholas Pendy | | ZPC00091H8 |

**Total Electronic Deposits: $21,487.34**

**Total Number of Electronic Deposits: 10**

### Paper deposits this statement period

| Date | Amount ($) | Reference numbers Customer | Bank |
|---|---|---|---|
| Apr 08 | 2,320.24 | | 0310121985 |

**Total Paper Deposits: $2,320.24**

**Total Number of Paper Deposits: 1**

### Checks paid this statement period

\* Symbol indicates a break in check number sequence

\# Symbol indicates an original item not enclosed

@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #2684 | -2,400.00 | Apr 25 | 0970157689 | #2869 | -49.00 | Apr 10 | 0970144548 |
| @2824 | -69.73 | Apr 14 | 0310185002 | #2870 | -515.00 | Apr 07 | 0310200508 |
| #2825 | -557.33 | Apr 04 | 0970008496 | #2871 | -713.56 | Apr 09 | 0970216482 |
| @2832 | -46.63 | Apr 01 | 0310098768 | #2872 | -361.00 | Apr 09 | 0310105185 |
| @2847 | -139.00 | Apr 01 | 0970070179 | #2873 | -248.70 | Apr 23 | 0970139633 |
| #2848 | -100.00 | Apr 03 | 0940170743 | #2874 | -218.26 | Apr 10 | 0970136523 |
| @2851 | -85.00 | Apr 01 | 0310098769 | #2875 | -134.56 | Apr 10 | 0970144549 |
| @2855 | -256.00 | Apr 01 | 0970070042 | #2876 | -211.00 | Apr 14 | 0310185005 |
| #2856 | -73.00 | Apr 02 | 0970048021 | #2877 | -174.50 | Apr 14 | 0310205361 |
| @2858 | -22.00 | Apr 02 | 0970213155 | #2878 | -22.99 | Apr 14 | 0970377248 |
| @2860 | -279.00 | Apr 03 | 0970044402 | @2880 | -372.59 | Apr 15 | 0970015071 |
| #2861 | -435.54 | Apr 08 | 0970188239 | #2881 | -632.71 | Apr 11 | 0970230453 |
| #2862 | -292.00 | Apr 07 | 0310202347 | #2884 | -1,073.48 | Apr 15 | 0970054482 |
| #2863 | -531.00 | Apr 07 | 0310194385 | @2886 | -315.92 | Apr 21 | 0970382001 |
| #2864 | -466.00 | Apr 07 | 0970030144 | #2887 | -476.00 | Apr 14 | 0970023573 |
| #2865 | -109.00 | Apr 14 | 0310185003 | #2888 | -66.86 | Apr 14 | 0970028733 |
| #2866 | -490.00 | Apr 11 | 0970235996 | #2889 | -459.74 | Apr 15 | 0970255791 |
| @2868 | -235.00 | Apr 07 | 0970385868 | @2892 | -231.00 | Apr 14 | 0310205362 |

**Total checks paid this statement period: -$12,863.10**

**Total number of checks paid this statement period: 36**

## Basic Business Checking: XXXXXX7337

### ATM/Debit Card transactions this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Apr01 | -117.50 | Intuit *qbooks Online Cl.intuit.com CA USA 1341 | MS10305950 |
| Apr01 | -120.00 | Indeed 104354059 Austin TX USA 1341 | MS10308068 |
| Apr01 | -3.79 | Prime Video *kk6ju5oe3 888-802-3080 WA USA 1341 | MS10304768 |
| Apr02 | -171.47 | Ooma Inc 888-711-6662 CA USA 1341 | MS10408453 |
| Apr02 | -282.51 | Indeed Usi25-01791154 Austin TX USA 1341 | MP10406974 |
| Apr03 | -300.50 | Joe Randazzos Fruit & Detroit MI USA 1341 | MS10408533 |
| Apr04 | -80.97 | Costco Checks 800-955-2292 WA USA 1341 | MS10400041 |
| Apr07 | -156.09 | 4te*pointe Alarm Llc Grosse Pointe MI USA 1341 | MS10401510 |
| Apr07 | -104.05 | Amazon Mktpl*z68xk8e0 Amzn.com/bill WA USA 1341 | MS10407557 |
| Apr07 | -24.99 | Netflix Com Los Gatos CA USA 1341 | MP10406621 |
| Apr07 | -48.77 | Hungry Howies 00049 - Grosse Pt Wds MI USA 1341 | MS10400725 |
| Apr08 | -180.00 | Parks Maintenance  Inc Canton MI USA 1341 | MS10407346 |
| Apr09 | -223.00 | Joe Randazzos Fruit & Detroit MI USA 1341 | MS10400392 |
| Apr11 | -85.00 | Wwp*cjb Pest & Mosqui Farmington HI MI USA 1341 | MS10401918 |
| Apr14 | -79.63 | Ic* Instacart San Francisco CA USA 1341 | MS10408961 |
| Apr14 | -3.99 | Prime Video *tu2nl7kr3 888-802-3080 WA USA 1341 | MS10403527 |
| Apr14 | -5.99 | Prime Video *8j5qx1s23 888-802-3080 WA USA 1341 | MS10403750 |
| Apr16 | -298.75 | Joe Randazzos Fruit & Detroit MI USA 1341 | MS10402272 |
| Apr17 | -75.00 | Spoton Llc / Teamwork San Francisco CA USA 1341 | MS10400863 |
| Apr21 | -85.05 | Ic* Instacart*161 San Francisco CA USA 1341 | MS10403111 |
| Apr22 | -9.99 | Ic* Instacart*subscri San Francisco CA USA 1341 | MS10405378 |
| Apr22 | -82.99 | Google *youtube Tv Mountain View CA USA 1341 | MS10407769 |
| Apr23 | -269.60 | Pods 8007767637 FL USA 1341 | MS10403485 |

**Total ATM/Debit Card Withdrawals: -$2,809.63**

**Total Number of ATM/Debit Card Withdrawals: 23**

### Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Apr 01 | -330.00 | Marginedge CO Sale 250401 | | 9488127567 |
| Apr 01 | -217.73 | State Of Michgwl Liquorsale     #004401551 | | 9488861939 |
| Apr 02 | -2,518.71 | Spoton, Inc. Mthly Disc 250331 545500001757285 | | 9488236578 |
| Apr 02 | -1,186.05 | Gordon Food Serv AR Payment 0001-722570790 | | 9488285896 |
| Apr 03 | -603.57 | State Of Michnws Liquorsale     #007810799 | | 9488704979 |
| Apr 04 | -603.16 | E.t.i. Financial 0000012 Uni000047913901 | | 9488188112 |
| Apr 08 | -5,762.56 | Wire # 005775 Bnf 1/paychex Of N Fed # 000553 | | 9485002455 |
| Apr 09 | -2,823.06 | Gordon Food Serv AR Payment 0001-722570790 | | 9488035736 |
| Apr 14 | -250.78 | Paychex Eib Invoice 250414 X11622200017368 | | 9488748054 |
| Apr 14 | -90.82 | Paychex Eib Invoice 250414 X11622200018613 | | 9487748053 |
| Apr 17 | -547.39 | Sohnlinenservice Webpayment 250416 | | 9488958271 |
| Apr 18 | -134.70 | Eastown Distribu Fintecheft 041725 88-4045972 | | 9488495572 |
| Apr 21 | -1,350.21 | Great Lakes Wine Fintecheft 041825 88-4045972 | | 9488892167 |
| Apr 21 | -588.31 | GM Financial Gmf Pymt 250421 | | 9488332800 |
| Apr 21 | -133.70 | Fabiano Brothers Invoices 4064204/18/25 | | 9488256878 |
| Apr 24 | -65.98 | Paychex Cgs Garnish 042425 Col0120431577 | | 9481146096 |
| Apr 25 | -636.53 | Paychex Eib Invoice 250425 X11777000049790 | | 9488805176 |
| Apr 25 | -230.00 | Comcast Cable Svc 250424 | | 9488815065 |

**Total Electronic Withdrawals: -$18,073.26**

**Total Number of Electronic Withdrawals: 18**

25-43017-prh     Doc 69     Filed 05/28/25     Entered 05/28/25 17:47:41     Page 15 of 26

# Basic Business Checking: XXXXXX7337

## Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Apr24 | -300.00 | Withdrawal | 0310093236 |

**Total Other Withdrawals: -$300.00**

**Total Number of Other Withdrawals: 1**

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Apr 11 | -204.95 | Service Charge | 0000015982 |

**Total Fees and Service Charges: -$204.95**

**Total Number of Fees and Service Charges: 1**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$58.81**
on **April 25, 2025**.



**FIFTH THIRD**
(EASTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 4/1/2025 - 4/30/2025
Account Type: 5/3 BUS PREMIUM CKG
Account Number: 7916520278

Banking Center: Grosse Pointe Woods
Banking Center Phone: 313-881-6155
Business Banking Support: 877-534-2264

PENDYS RESTAURANT GROUP LL
"DEBTOR-IN-POSSESSION"
1975 SHOREPOINTE LN
GROSSE POINTE WOODS MI
48236-1014

---

## Account Summary - 7916520278

| | | | | | |
|---|---|---|---|---|---|
| 04/01 | **Beginning Balance** | **$0.00** | Number of Days in Period | | 30 |
| 58 | Checks | $(27,186.58) | | | |
| 41 | Withdrawals / Debits | $(20,062.69) | | | |
| 19 | Deposits / Credits | $59,660.08 | | | |
| 04/30 | **Ending Balance** | **$12,410.81** | | | |

---

**Analysis Period: 03/01/25 - 03/31/25**

| | |
|---|---|
| Standard Monthly Service Charge | $25.00 |
| **Standard Monthly Service Charge Waived** (see below) | -$25.00 |
| **Service Charge withdrawn on 04/10/25** | **$0.00** |

---

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

**OR** your business has a business loan or line of credit.

**OR** your business spends at least $500 per month on its business credit card **AND** your business has Merchant Services.

**Current Relationship Overview:**

| | |
|---|---|
| **Balance Criteria Met?** | **No** |
| Total Combined Monthly Average Balance | $0.00 |
| **Business Loan or Line of Credit?** | **No** |
| **Other Criteria Met?** | **No** |
| $500 Business Credit Card Spend? | No |
| Merchant Services? | No |

---

## Checks

**58 checks totaling $27,186.58**

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 0000 i | 04/14 | 1,395.51 | 5017 i | 04/17 | 2,278.30 | 5040 i | 04/29 | 1,327.00 |
| 5001*i | 04/14 | 619.31 | 5019*i | 04/16 | 202.00 | 5041 i | 04/29 | 335.62 |
| 5001*i | 04/23 | 619.31 | 5020 i | 04/23 | 67.50 | 5042 i | 04/30 | 543.59 |
| 5002 i | 04/14 | 327.02 | 5021 i | 04/18 | 1,250.00 | 5043 i | 04/28 | 548.79 |
| 5003 i | 04/14 | 1,170.18 | 5022 i | 04/18 | 200.50 | 5044 i | 04/28 | 756.86 |
| 5004 i | 04/15 | 61.51 | 5024*i | 04/21 | 295.00 | 5045 i | 04/28 | 342.11 |
| 5005 i | 04/14 | 404.35 | 5025 i | 04/23 | 435.59 | 5046 i | 04/28 | 153.33 |
| 5006 i | 04/22 | 311.10 | 5027*i | 04/21 | 361.00 | 5047 i | 04/28 | 518.08 |
| 5008*i | 04/23 | 158.89 | 5028 i | 04/22 | 355.00 | 5048 i | 04/28 | 143.03 |
| 5009 i | 04/15 | 156.00 | 5029 i | 04/21 | 194.00 | 5049 i | 04/28 | 38.52 |
| 5010 i | 04/14 | 192.00 | 5030 i | 04/21 | 130.00 | 5050 i | 04/28 | 316.67 |
| 5012*i | 04/14 | 269.00 | 5031 i | 04/21 | 287.00 | 5051 i | 04/28 | 532.85 |
| 5013 i | 04/15 | 175.00 | 5035*i | 04/24 | 256.00 | 5053*i | 04/28 | 339.25 |
| 5014 i | 04/14 | 258.00 | 5037*i | 04/24 | 80.00 | 5054 i | 04/28 | 399.00 |
| 5015 i | 04/18 | 200.00 | 5038 i | 04/25 | 192.00 | 5055 i | 04/28 | 327.12 |
| 5016 i | 04/23 | 460.08 | 5039 i | 04/29 | 537.86 | 5056 i | 04/28 | 72.00 |

25-43017-prh   Doc 69   Filed 05/28/25   Entered 05/28/25 17:47:41   Page 17 of 26
For additional information and account disclosures, please visit www.53.com/businessbanking
Page 1 of 4



**FIFTH THIRD**

## Checks - continued

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|--------|-----------|--------|--------|-----------|--------|--------|-----------|--------|
| 5057 i | 04/28 | 1,975.04 | 5062 i | 04/30 | 191.55 | 5067 i | 04/30 | 285.50 |
| 5058 i | 04/28 | 573.50 | 5065*i | 04/28 | 1,395.52 | 5068 i | 04/30 | 1,744.40 |
| 5059 i | 04/28 | 169.81 | 5066 i | 04/30 | 19.50 | 5069 i | 04/30 | 123.10 |
| 5061*i | 04/29 | 115.83 | | | | | | |

## Withdrawals / Debits          41 items totaling $20,062.69

| Date | Amount | Description |
|------|--------|-------------|
| 04/14 | 200.00 | AMEX EPAYMENT ER AM ACH PMT W1318 SUSAN PENDY 041425 |
| 04/15 | 515.00 | SPOTON TRANSACT 1398298_14 877-814-4102 SUSAN PENDY 041525 |
| 04/16 | 47.68 | DEBIT CARD PURCHASE AT AMAZON MKTPL*X33CO, Amzn.com/bill, WA ON 041625 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/16 | 290.73 | DEBIT CARD PURCHASE AT VERIZON WRL MY ACC, FOLSOM, CA ON 041425 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/16 | 2,451.23 | GORDON FOOD SERV AR PAYMENT 0001-722570790 Pendys Grosse Pointe 041625 |
| 04/17 | 18.01 | DEBIT CARD PURCHASE AT Amazon Digit*ER2J7, 888-802-3080, WA ON 041725 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/17 | 20.04 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 041725 |
| 04/17 | 574.44 | E.T.I. FINANCIAL INSURANCE PAYMENT 0000039 UNI000048005831 PENDY S RESTAURANT GRO Finance Contract Payment 11047347 E T I FINANCIAL COR |
| 04/17 | 681.29 | WEB INITIATED PAYMENT AT COMCAST CABLE SVC 4367507 041725 |
| 04/21 | 54.03 | DEBIT CARD PURCHASE AT AMAZON MKTPL*7K6TW, Amzn.com/bill, WA ON 041925 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/22 | 12.99 | DEBIT CARD PURCHASE AT BOOST MEMBERSHIP, NOVI, MI ON 042125 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/22 | 1.00 | WEB INITIATED PAYMENT AT PSVJ JPMC FEE 6404296 042225 |
| 04/22 | 397.95 | STATE OF MICHGWL GENERAL WINE AND LIQ LIQUORSALE #004459817 E004148385 042225 |
| 04/22 | 690.00 | WEB INITIATED PAYMENT AT WAYNECOHEALTH HEALTHPMT 6404139 042225 |
| 04/23 | 20.00 | RECURRING PURCHASE AT CRAINS DETROIT BUS, DETROIT, MI ON 042225 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/23 | 154.00 | AMTRUST NA PAYMENT 40048806 PENDYS RESTAURANT GROU 042325 |
| 04/23 | 965.00 | STATE OF MICH TELECHK 800-697-9263 MLCC AIMS 043000097641472 140031000038449547235 042325 |
| 04/23 | 1,858.34 | GORDON FOOD SERV AR PAYMENT 0001-722570790 Pendys Grosse Pointe 042325 |
| 04/24 | 12.36 | DEBIT CARD PURCHASE AT Amazon.com*O28N04Z, Amzn.com/bill, WA ON 042325 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/24 | 216.00 | DEBIT CARD PURCHASE AT IN *SABBATH COFFEE, 309-7222284, MI ON 042325 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/24 | 340.00 | DEBIT CARD PURCHASE AT IN *SABBATH COFFEE, 309-7222284, MI ON 042325 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/24 | 8.51 | GORDON FOOD SERV AR PAYMENT 0001-722570790 Pendys Grosse Pointe 042425 |
| 04/24 | 928.26 | STATE OF MICHNWS NWS MICHIGAN, INC. LIQUORSALE #008269854 E004152709 042425 |
| 04/25 | 368.40 | DEBIT CARD PURCHASE AT GFL - ENV, 919-662-7100, NC ON 042425 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/25 | 3,129.68 | GORDON FOOD SERV AR PAYMENT 0001-722570790 Pendys Grosse Pointe 042525 |
| 04/25 | 3,645.66 | OUTGOING WIRE TRANS 042525 TRN 20250425014055 |
| 04/28 | 16.99 | DEBIT CARD PURCHASE AT Prime Video Channe, amzn.com/bill, WA ON 042525 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/28 | 42.35 | DEBIT CARD PURCHASE AT AMAZON MKTPL*DV6GW, Amzn.com/bill, WA ON 042825 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/28 | 79.72 | DEBIT CARD PURCHASE AT IC* INSTACART*161, SAN FRANCISCO, CA ON 042625 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/28 | 134.60 | DEBIT CARD PURCHASE AT AMAZON MKTPL*4S09A, Amzn.com/bill, WA ON 042725 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/28 | 158.99 | MERCHANT PAYMENT AMAZON.COM*O1070 - 000 AMAZON.COM SEATTLE WA ON 042825 FROM CARD#: XXXXXXXXXXXX554X |
| 04/28 | 319.25 | DEBIT CARD PURCHASE AT JOE RANDAZZOS FRUI, DETROIT, MI ON 042525 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/28 | 315.00 | WEB INITIATED PAYMENT AT Tripleseat Softw 9782916436 042825 |
| 04/28 | 520.84 | Great Lakes Wine FintechEFT 88-4045972 Pendy's restaurant gro 042825 |

Statement Period Date: 4/1/2025 - 4/30/2025
Account Type: 5/3 BUS PREMIUM CKG
Account Number: 7916520278

Banking Center: Grosse Pointe Woods
Banking Center Phone: 313-881-6155
Business Banking Support: 877-534-2264

**FIFTH THIRD**
(EASTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

PENDYS RESTAURANT GROUP LL
"DEBTOR-IN-POSSESSION"
1975 SHOREPOINTE LN
GROSSE POINTE WOODS MI
48236-1014

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 04/29 | 49.50 | DEBIT CARD PURCHASE AT Grosse Pointe News, Grosse Pointe, MI ON 042825 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/29 | 19.16 | GORDON FOOD SERV AR PAYMENT 0001-722570790 Pendys Grosse Pointe 042925 |
| 04/30 | 10.99 | DEBIT CARD PURCHASE AT Prime Video Channe, amzn.com/bill, WA ON 043025 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/30 | 53.31 | DEBIT CARD PURCHASE AT IC* INSTACART*161, SAN FRANCISCO, CA ON 042925 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/30 | 262.00 | DEBIT CARD PURCHASE AT JOE RANDAZZOS FRUI, DETROIT, MI ON 042925 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/30 | 285.95 | RECURRING PURCHASE AT VERIZONWRLSS*RTCCR, 800-922-0204, FL ON 043025 FROM CARD#: XXXXXXXXXXXX5543 |
| 04/30 | 193.44 | GORDON FOOD SERV AR PAYMENT 0001-722570790 Pendys Grosse Pointe 043025 |

## Deposits / Credits
**19 items totaling $59,660.08**

| Date | Amount | Description |
|------|--------|-------------|
| 04/10 | 2,358.59 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 041025 |
| 04/11 | 2,387.09 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 041125 |
| 04/14 | 1,581.72 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 041425 |
| 04/14 | 6,877.44 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 041425 |
| 04/15 | 619.31 | RETURNED ITEM |
| 04/16 | 970.51 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 041625 |
| 04/17 | 1,879.14 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 041725 |
| 04/18 | 994.62 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 041825 |
| 04/21 | 2,503.96 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 042125 |
| 04/21 | 8,459.11 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 042125 |
| 04/22 | 4,525.92 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 042225 |
| 04/23 | 684.22 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 042325 |
| 04/23 | 47.68 | DEBIT CARD RETURN AT AMAZON MKTPLACE PM, Amzn.com/bill, WA ON 042325 TO CARD#: XXXXXXXXXXXX5543 |
| 04/24 | 1,234.39 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 042425 |
| 04/25 | 1,446.08 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 042525 |
| 04/25 | 2,400.00 | DEPOSIT |
| 04/28 | 2,247.98 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 042825 |
| 04/28 | 16,048.71 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 042825 |
| 04/30 | 2,393.61 | SPOTON, INC. MERCH DEP 545500001757285 PENDY'S GROSSE POINTE 043025 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/10 | 2,358.59 | 04/17 | 4,367.20 | 04/24 | 11,497.69 |
| 04/11 | 4,745.68 | 04/18 | 3,711.32 | 04/25 | 8,008.03 |
| 04/14 | 8,369.47 | 04/21 | 13,353.36 | 04/28 | 16,115.50 |
| 04/15 | 8,081.27 | 04/22 | 16,111.24 | 04/29 | 13,730.53 |
| 04/16 | 6,060.14 | 04/23 | 12,104.43 | 04/30 | 12,410.81 |



**FIFTH THIRD**

IF YOU USE TREASURY MANAGEMENT SERVICES, PLEASE NOTE THAT WE HAVE UPDATED OUR TERMS & CONDITIONS. GO TO 53.COM/TM-TC TO VIEW.



**FIFTH THIRD**
(EASTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 4/24/2025 - 4/30/2025
Account Type: 5/3 BUSINESS CKG
Account Number: 7997512699

Banking Center: Grosse Pointe Woods
Banking Center Phone: 313-881-6155
Business Banking Support: 877-534-2264

PENDYS RESTAURANT GROUP LL
20930 MACK AVE
GROSSE POINTE WOODS MI
48236-1315

## Account Summary - 7997512699

| | | | | |
|---|---|---|---|---|
| 04/24 | **Beginning Balance** | $0.00 | Number of Days in Period | 7 |
| | Checks | | | |
| | Withdrawals / Debits | | | |
| | Deposits / Credits | | | |
| 04/30 | **Ending Balance** | $0.00 | | |

IF YOU USE TREASURY MANAGEMENT SERVICES, PLEASE NOTE THAT WE HAVE UPDATED OUR TERMS & CONDITIONS. GO TO 53.COM/TM-TC TO VIEW.

25-43017-prh    Doc 69    Filed 05/28/25    Entered 05/28/25 17:47:41    Page 21 of 26



**FIFTH THIRD**
(EASTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 4/24/2025 - 4/30/2025
Account Type: 5/3 BUSINESS CKG
Account Number: 7997512707

Banking Center: Grosse Pointe Woods
Banking Center Phone: 313-881-6155
Business Banking Support: 877-534-2264

PENDYS RESTAURANT GROUP LL
20930 MACK AVE
GROSSE POINTE WOODS MI
48236-1315

---

## Account Summary - 7997512707

| | | | | |
|---|---|---|---|---|
| 04/24 | **Beginning Balance** | $0.00 | Number of Days in Period | 7 |
| | Checks | | | |
| | Withdrawals / Debits | | | |
| | Deposits / Credits | | | |
| 04/30 | **Ending Balance** | $0.00 | | |

---

IF YOU USE TREASURY MANAGEMENT SERVICES, PLEASE NOTE THAT WE HAVE UPDATED OUR TERMS & CONDITIONS. GO TO 53.COM/TM-TC TO VIEW.

25-43017-prh    Doc 69    Filed 05/28/25    Entered 05/28/25 17:47:41    Page 22 of 26

80251

Ilılılılılılılılılılılılılılı
PENDYS RESTAURANT GROUP LLC
PAYROLL
1975 SHOREPOINTE LN
GROSSE POINTE WOODS MI 48236

___  ___  ___

*Basic Business Checking*
**statement**

**April 1, 2025** to **April 30, 2025**
**Account number** 1853967295

# Account summary

**Beginning balance
on April 1, 2025**                                    **$5.00**

**Ending balance
on April 30, 2025**                                   **$5.00**

**$** **Lowest daily balance**

Your lowest daily balance this statement period was **$5.00**
on **April 1, 2025**.

**To contact us**

**Call**
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8251

**Important information**

The Account Balance Fee for this statement
period for this account is $0.00/$1,000.

**Thank you**

80251

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
PENDYS RESTAURANT GROUP LLC
SALES TAX
1975 SHOREPOINTE LN
GROSSE POINTE WOODS MI 48236

*Basic Business Checking*
**statement**

**April 1, 2025** to **April 30, 2025**
**Account number** 1853967303

# Account summary

**Beginning balance**
**on April 1, 2025**                                    $0.00

**Ending balance**
**on April 30, 2025**                                   $0.00

**$** **Lowest daily balance**

Your lowest daily balance this statement period was **$0.00**
on **April 1, 2025** .

**To contact us**

**Call**
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8251

**Important information**

The Account Balance Fee for this statement
period for this account is $0.00/$1,000.

**Thank you**

25-43017-prh    Doc 69    Filed 05/28/25    Entered 05/28/25 17:47:41    Page 24 of 26

80251

llıllıllıllıllıllıllıll
PENDYS RESTAURANT GROUP LLC
RENT
1975 SHOREPOINTE LN
GROSSE POINTE WOODS MI 48236

___  ____  ____

### *Basic Business Checking*
### statement

**April 1, 2025** to **April 30, 2025**
**Account number** 1853967311

# Account summary

**Beginning balance**
**on April 1, 2025**                          **$4.00**

**Ending balance**
**on April 30, 2025**                        **$4.00**

**$** Lowest daily balance

Your lowest daily balance this statement period was **$4.00**
on **April 1, 2025**.

**To contact us**

**Call**
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8251

**Important information**

The Account Balance Fee for this statement
period for this account is $0.00/$1,000.

**Thank you**

25-43017-prh    Doc 69    Filed 05/28/25    Entered 05/28/25 17:47:41    Page 25 of 26

80251

lıIııllııIıılIıılIaıIlııIlııIı.II
PENDYS RESTAURANT GROUP LLC
WITHHOLDING TAX
1975 SHOREPOINTE LN
GROSSE POINTE WOODS MI 48236

*Basic Business Checking*
**statement**

**April 1, 2025** to **April 30, 2025**
**Account number** 1853967329

# Account summary

**Beginning balance**
**on April 1, 2025**                                $10.00

**Ending balance**
**on April 30, 2025**                               $10.00

**$** **Lowest daily balance**

Your lowest daily balance this statement period was **$10.00**
on **April 1, 2025** .

**To contact us**

**Call**
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8251

**Important information**

 The Account Balance Fee for this statement
 period for this account is $0.00/$1,000.

**Thank you**

25-43017-prh     Doc 69     Filed 05/28/25     Entered 05/28/25 17:47:41     Page 26 of 26