# EXHIBIT A

# FIRST AMENDMENT TO
# NET LEASE AGREEMENT

This First Amendment to Net Lease Agreement ("Amendment") is made on August 1, 2023 (the "Effective Date") by the Couvreur Family Limited Partnership, whose address is P.O. Box 36425, Grosse Pointe, Michigan 48236 ("Landlord"), and Pendy's Restaurant Group, LLC, whose address is 793 Saint Clair, Grosse Pointe, Michigan 48230 ("Tenant," together with Landlord, the "Parties"):

## RECITALS

A. Landlord and Tenant entered into a certain Net Lease Agreement (the "Lease") and Guaranty (the "Guaranty"), dated March 8, 2023, for the commercial building located at 20930-20934 Mack Avenue, Grosse Pointe Woods, Michigan 48236 (the "Premises").

B. Tenant took possession of the Premises on April 17, 2023, and the Parties signed a corresponding Confirmation of Lease Commencement Date, bearing the same date.

C. The Parties now desire to amend the terms of the Lease as set forth herein.

NOW, THEREFORE, in consideration of the promises and mutual covenants herein contained, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1. <u>Definitions</u>. All capitalized terms not defined in this Amendment shall, for the purposes hereof, have the same meanings ascribed to them in the Lease.

2. <u>Base Rent</u>. The first two sentences of Section 3 of the Lease shall be replaced in their entirety by the following: "During the first four (4) months of the Term (being May 2023, June 2023, July 2023, and August 2023), there shall be no payment of Base Rent. Thereafter, beginning the fifth (5th) month, Base Rent ('Base Rent') shall be at the amount of $6,000.00 per month for the next thirty-two (32) months."

3. <u>Additional Rent</u>. The additional two months of abatement of Base Rent, set forth immediately above in Section 2, shall not effect (in any way) Tenant's obligations to pay the additional rent, as set forth in Section 4 of the Lease (the "Additional Rent"). As of the Effective Date of this Amendment, the Parties acknowledge and agree that Tenant has not paid the Additional Rent that was due on i) July 1, 2023, or ii) August 1, 2023 (the "Outstanding Additional Rent"). The Outstanding Additional Rent shall be paid by Tenant to Landlord contemporaneous with the execution of this Amendment.

4. <u>Method of Payment of All Amounts Due Under Lease</u>. As of the Effective Date of this Amendment, Tenant shall pay all amounts due under the Lease, to Landlord via wire transfer or electronic ACH payment. Landlord shall provide to Tenant the details for these

electronic payments contemporaneous with the execution of this Amendment.

5. <u>Tenant Improvements at Premises</u>. Tenant asserts that it conducted maintenance, repairs, and improvements at the Premises, which are set forth in the attached **Exhibit 1** (collectively, the "Tenant Improvements"). Tenant acknowledges, agrees, and affirms that the Tenant Improvements are subject to all of the terms of the Lease including, but not limited to, Sections 9, 10, and 15, and that the Tenant Improvements were performed in full compliance with the Lease. Tenant further acknowledges, agrees, and affirms that all terms of the Lease apply to any future improvements, repairs, or replacements that Tenant seeks to perform including, but not limited to, Tenant's obligation to obtain prior written consent before performing any improvements or alterations (as provided in Section 15 of the Lease) and/or performing any repairs or replacements (as provided in Section 9 of the Lease). By Landlord now consenting to the Tenant Improvements, through Landlord's execution of this Amendment, the Parties acknowledge and agree that Landlord is solely providing its permission for the Tenant Improvements and makes no representation or warranty regarding, nor has any knowledge of: the contractors that performed the Tenant Improvements, the quality of the workmanship, whether any applicable permits were obtained, whether any applicable inspections were obtained and/or passed, and/or any other aspects of the performance, integrity, and/or construction of the Tenant Improvements.

6. <u>Payment to Tenant related to the Tenant Improvements</u>. As a one-time accommodation, in consideration of the terms of this Amendment, Landlord shall pay to Tenant the following amounts related to the Tenant Improvements: i) $20,000.00 within five days after the complete execution of this Amendment; and ii) $20,000.00 on or before October 31, 2023.

7. <u>Miscellaneous</u>.

   a. Except as modified by this Amendment, the Lease and all of the terms and conditions thereof shall remain in full force and effect and are hereby in all respects ratified and confirmed.

   b. The terms of the Guaranty, shall remain in full force and effect and are hereby in all respects ratified and confirmed.

   c. This Amendment shall not be binding on either Party until mutual execution and delivery.

   d. This Amendment may be executed in one or more counterparts, each of which counterparts shall be an original.

   e. The persons executing this Amendment on behalf of Landlord and Tenant represent and warrant that they do so with the full authority to bind the Parties hereto to the terms, conditions and provisions hereinabove set

2

forth.

f. From and after the date of execution and delivery of this Amendment, the term the "Lease" shall mean the Lease, as amended and supplemented by this Amendment.

**LANDLORD:**

Couvreur Family Limited Partnership

_____
By: Timothy R. Couvreur
Its: General Partner

**TENANT:**

Pendy's Restaurant Group, LLC,
a Michigan limited liability company,

_____
By: David Pendy
Its: Member

**GUARANTOR:**

_____
David Pendy

**GUARANTOR:**

_____
Susan Pendy

3

# EXHIBIT 1

Pendy's Grosse Pointe
List of Repairs & Improvements
As of July 31, 2023

### BAR

- Replaced faucets
- PVC change to copper pipes
- Updated electrical plugs to GFI
- Repair tile in front of bar
- Repair floor in back of bar and service area
- Mold remediation on wall
- Replumb glass dishwasher and hand sink
- Repair wall after plumbers cut wall for plumbing
- Replaced Cooler washers
- Installed new light switches and dimmers
- Removed slide bolt from side exit door
- Replaced glass shelves
- Painted and wallpaper walls
- Skim coated walls to prep for paint and wallpaper
- Replaced cooler hardware
- Rewired cable, TV and ethernet
- Installed security system
- Installed pendant lighting over the bar
- Installed two chandeliers over the piano bar

### REST ROOMS

- Installed three new toilets
- ADA required sink repair
- Installed new toilet seats
- Updated electrical plugs to GFI
- Removed existing shut offs and supply lines
- Replaced quarter turn sweat shut offs and metal supply lines
- Installed new chrome grid strainer and chrome P trap water closet with new tempering valve on each lavatory
- Painted bathrooms
- Installed Ladies room vanity

### SMALL SEMI-PRIVATE DINING ROOM

- paint, wallpaper, lighting,
- Replaced carpet

### MAIN DINING ROOM

- Paint and install new lighting (pendant light over each both and chandeliers in the

5

center)

PIZZA KITCHEN
- Updated electrical plugs to GFI
- Replaced exhaust motor on roof
- Replaced ceiling tiles
- Replaced lighting fixtures
- Installed new granite countertops

LOBBY
- Replaced electrical, switches, dimmers and plugs
- Installed ADA Braille exit sign
- Painted walls

FOYER
- Painted and put wallpaper on the walls
- Installed new door hardware

OUTSIDE
- Replaced two steps for side doors
- Tuck pointing at front door
- Replaced two slabs of cement at front door
- Installed two Hand rails on side of building
- Installed new door hardware
- Reseated yellow ballards at rear of building
- Installed new security cameras
- Installed new signage

OFFICE
- Snake and jetted the sewage clean out
- Installed security system
- Miscellaneous cable clean up
- Installed new carpet
- Painted walls
- Installed Wi-fi & cable TV
- Installed Comcast

SERVICE—BREAD—SOUP STATION
- Updated electrical plugs to GFI
- Painted walls

6

- Installed Ethernet cable

KITCHEN
*Dish machine area*
- Updated electrical plugs to GFI
- Removed stainless steel floor plate and concrete patching
- Replaced three floor joists under dish area
- Waterproofed over new subfloor
- Installed new tile and grout
- Repaired plumbing leaks
- Replaced garbage disposal
- Re plumbed pipes for proper water flow
- Removed and replaced drain well
- replaced non working dish machine
- Installed new stainless steel dish drop run

*Pot and pan sink area (near grease trap)*
- Replaced nonfunctioning grease trap
- Plumbed 3 compartment sink
- Replaced floor beneath grease trap
- Replaced subfloor
- Waterproofed subfloor
- Installed new tile and grout
- Installed new shut off for 2-3 compartment sink
- Installed new drain release levers
- Installed new faucets

*Back Line - cooking (stove broiler area)*
- Repaired floor tile and grout
- Repaired broiler wall (fire resistance drywall and foam)
- Updated fire suppression system (expanded ansol system to cover back line)

*Cooler/Pantry/Mop sink area*
- Re-caulk and seal cooler inside and out
- Repaired pantry wall repair (new drywall)
- Replaced faucet in mop sink
- Updated electrical plugs to GFI (pantry)
- Replaced and repaired floor tile
- Replaced faucet (pantry)

7

### BASEMENT
- Repaired hot water heater leaks
- Installed new sump pump
- Installed new sump pump pit
- Secured the water heater pipes to the wall
- Removed sewage drains in wine storage room
- Updated electrical plugs to GFI
- Mold remediation & air quality remediation
- Disinfected basement & treated mold
- Completed air quality test and certification (Mold Quest) of mold free environment
- Installed new copper pipes to repair all leaks
- Removed old conduit and installed new electrical conduit (open/exposed electrical lines)
- Painted all basement surfaces with Dry Lock paint
- Repaired and replaced some HVAC ducts
- Repaired three joist notched beams to meet code
- Rewired outlets and light fixtures to meet code
- Removed electrical conduit per city inspection
- Completed Furnace carbon monoxide testing, inspected furnace and, cleaned furnace and replaced filters
- Repaired lower staircase wall on both the stairwell side and basement side
- Demoed water damaged wine storage walls
- Replumbed drain shut off valves
- Painted electrical panels (rust remediation)
- Removed and replace blower unit in unit #1 furnace
- Obtained a permit for electric and plumbing repairs
- Installed security cameras
- Installed new liquor cage

### ROOF
- Replaced 4 motors on the roof (HVAC)