# EXHIBIT B

**Pendy Restaurant Ledger**
**As Of:** 7/2/2025

| Date | Amount | Payment | Balance | Comment |
|---|---|---|---|---|
| 1/1/2025 | $ 737.53 | | $ 737.53 | 2024 Taxes & Insurance (True Up) |
| 1/1/2025 | $ 6,000.00 | | $ 6,737.53 | Jan Rent |
| | $ 1,996.00 | | $ 8,733.53 | Jan Taxes & Insurance |
| 1/8/2025 | $ 436.68 | | $ 9,170.21 | Jan Late Charge (5% of Balance) |
| 1/16/2025 | | $ 3,000.00 | $ 6,170.21 | |
| 2/1/2025 | $ 6,000.00 | | $ 12,170.21 | Feb Rent |
| 2/1/2025 | $ 1,996.00 | | $ 14,166.21 | Feb Taxes & Insurance |
| 2/3/2025 | | $ 8,000.00 | $ 6,166.21 | |
| 2/8/2025 | $ 308.31 | | $ 6,474.52 | Feb Late Charge (5% of Balance) |
| 2/21/2025 | | $ 3,000.00 | $ 3,474.52 | |
| 3/1/2025 | $ 6,000.00 | | $ 9,474.52 | Mar Rent |
| 3/1/2025 | $ 1,996.00 | | $ 11,470.52 | Mar Taxes & Insurance |
| 3/8/2025 | $ 573.53 | | $ 12,044.04 | Mar Late Charge (5% of Balance) |
| 3/25/2025 | $ 2,877.36 | | $ 14,921.40 | Unpaid GPW water bill as 3/25/25 |
| 4/1/2025 | $ 6,000.00 | | $ 20,921.40 | Apr Rent |
| 4/1/2025 | $ 1,996.00 | | $ 22,917.40 | Apr Taxes & Insurance |
| 4/8/2025 | $ 1,145.87 | | $ 24,063.27 | Apr Late Charge (5% of Balance) |
| 5/1/2025 | $ 6,000.00 | | $ 30,063.27 | May Rent |
| 5/1/2025 | $ 2,132.00 | | $ 32,195.27 | May Taxes & Insurance |
| 5/8/2025 | $ 1,609.76 | | $ 33,805.04 | May Late Charge (5% of Balance) |
| 6/1/2025 | $ 6,000.00 | | $ 39,805.04 | June Rent |
| 6/1/2025 | $ 2,132.00 | | $ 41,937.04 | June Taxes & Insurance |
| 6/8/2025 | $ 2,096.85 | | $ 44,033.89 | June Late Charge (5% of Balance) |
| 6/10/2025 | | $ 4,000.00 | $ 40,033.89 | |
| 6/16/2025 | | $ 4,732.00 | $ 35,301.89 | |
| 7/1/2025 | $ 6,000.00 | | $ 41,301.89 | July Rent |
| 7/1/2025 | $ 2,132.00 | | $ 43,433.89 | June Taxes & Insurance |
| 7/8/2025 | $ 2,171.69 | | $ 45,605.58 | July Late Charge (5% of Balance) |