# EXHIBIT C



## Professional Services Invoice

Couvreur Family Limited Partnership
131 Lake Shore Road
Grosse Pointe Farms, MI 48236

04/24/25
Invoice #: 10947639
Thru Date: 03/31/25

Attention: Timothy Couvreur

Billing Attorney: 1125 - Jerabek, Marc
RE: Couvreur Landlord Tenant / 20930 Mack Avenue, Inc.

Opposing Party: 20930 Mack Avenue, Inc.

Open Date: 10/14/22
Our File: 29341-23932
Your File:

| | |
|---|---|
| Current Fees Due | $1,495.00 |
| Current Disbursements | $0.80 |
| Total This Invoice | $1,495.80 |

Please remit to:

**Via Check:**
Plunkett Cooney
38505 Woodward, Ste. 100
Bloomfield Hills, MI 48304

**Via ACH or Wire:**
Bank Name: PNC Bank
Bank Location: Pittsburgh, PA
Bank Account Name: Plunkett Cooney, P.C.

Wire:
ABA: 041000124
Bank Account Number: 4245724427

ACH:
ABA: 021052053
Bank Account Number: 89429274

Remittance to:
remit-mailbox@plunkettcooney.com

**ATTORNEYS & COUNSELORS AT LAW**

38505 Woodward Avenue, Suite 100 Bloomfield Hills, MI 48304 T: (248) 901-4000 F: (248) 901-4040 plunkettcooney.com
Tax ID No. 38-1896842

# BILL FOR SERVICES RENDERED

| DATE | TKPR | DESCRIPTION | HRS |
|------|------|-------------|-----|
| 03/04/25 | MJ | REVIEW/ANALYZE PACER SEARCH RE: POTENTIAL BANKRUPTCY FOR PENDY OR RESTAURANT, STRATEGY FOR PROCEEDING. | 0.50 |
| 03/04/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA MULTIPLE TELEPHONE CALLS RE: ███████████████████████ ███████ | 0.40 |
| 03/12/25 | MJ | REVIEW/ANALYZE LEASE, FIRST AMENDMENT, AND DRAFTING OF DEMAND FOR POSSESSION. | 0.40 |
| 03/12/25 | MJ | REVIEW/ANALYZE PACER SEARCHES FOR POTENTIAL BANKRUPTCY FILINGS. | 0.10 |
| 03/12/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA TELEPHONE AND EMAIL RE: ████████████████████████████ | 0.50 |
| 03/19/25 | MJ | REVIEW/ANALYZE PACER RE: POTENTIAL BANKRUPTCY FILINGS BY PENDY OR RESTAURANT. | 0.10 |
| 03/24/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA TELEPHONE RE: ████████ ████████████ | 0.30 |
| 03/25/25 | DAL | REVIEW/ANALYZE BANKRUPTCY COURT DOCKET RE ANY FILING FOR PENDY, E MAIL WITH CLIENT RE ████████████████ | 0.70 |
| 03/25/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR, DOUG BERNSTEIN, AND DAVID LERNER VIA EMAIL RE: POTENTIAL BANKRUPTCY FILING, BACKGROUND FACTS. | 0.30 |
| 03/26/25 | DAL | REVIEW/ANALYZE BANKRUPTCY FILING BY PENDY'S, E MAIL BANKRUPTCY FILING TO CLIENT RE ████████████████ | 0.50 |
| 03/26/25 | MJ | REVIEW/ANALYZE DEMAND FOR POSSESSION TO TENANT. | 0.10 |
| 03/27/25 | DAL | REVIEW/ANALYZE NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE, REVIEW NOTICE FOR MEETING OF CREDITORS | 0.30 |
| 03/28/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: BANKRUPTCY FILING | 0.10 |

| DATE | TKPR | ███████ DESCRIPTION | HRS | |
|---|---|---|---|---|
| 03/31/25 | DAL | REVIEW/ANALYZE MEETING OF CREDITORS NOTICE RE NO BAR DATE FOR CLAIMS, REVIEW RULES RE COURT SETTING DATE | 0.30 | |
| | | TOTAL ATTORNEY HOURS AND FEES | 4.60 | $1,495.00 |
| | | TOTAL HOURS AND FEES | 4.60 | $1,495.00 |
| | | NET FEES DUE | | $1,495.00 |

## HOURS RECAP

| | HOURS | | RATE | AMOUNT |
|---|---|---|---|---|
| | 4.60 | @ | 325.00 | 1,495.00 |
| TOTALS | 4.60 | | | |

## ATTORNEY RECAP

| TIMEKEEPER | HOURS | | RATE | AMOUNT |
|---|---|---|---|---|
| 0188 - Lerner, David A | 1.80 | @ | 325.00 | $585.00 |
| 1125 - Jerabek, Marc | 2.80 | @ | 325.00 | $910.00 |
| TOTAL HOURS AND FEES | 4.60 | | | $1,495.00 |
| NET FEES | | | | $1,495.00 |

## EXPENSES ADVANCED

| DATE | TKPR | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 03/04/25 | | MANDATORY COURT FEES PACER: COURT MIEBK / 3 PAGES | 1.00 | 0.30 |
| 03/12/25 | | MANDATORY COURT FEES PACER: COURT MIEBK / 3 PAGES | 1.00 | 0.30 |
| 03/19/25 | | MANDATORY COURT FEES PACER: COURT MIEBK / 2 PAGES | 1.00 | 0.20 |
| TOTAL EXPENSES ADVANCED | | | | $0.80 |

NET EXPENSES $0.80

## SUMMARIZED EXPENSES

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| MANDATORY COURT FEES | 3.00 | 0.80 |
| TOTAL EXPENSES ADVANCED | | $0.80 |
| NET EXPENSES | | $0.80 |
| **TOTAL BILL FOR SERVICES RENDERED** | | **$1,495.80** |



## Professional Services Invoice

Couvreur Family Limited Partnership
131 Lake Shore Road
Grosse Pointe Farms, MI 48236

05/21/25
Invoice #: 10950319
Thru Date: 04/30/25

Attention: Timothy Couvreur

Billing Attorney: 1125 - Jerabek, Marc
RE: Couvreur Landlord Tenant / 20930 Mack Avenue, Inc.

Opposing Party: 20930 Mack Avenue, Inc.

Open Date: 10/14/22
Our File: 29341-23932
Your File:

| | |
|---|---|
| Current Fees Due | $3,542.50 |
| Current Disbursements | $3.30 |
| Total This Invoice | $3,545.80 |

Please remit to:

**Via Check:**
Plunkett Cooney
38505 Woodward, Ste. 100
Bloomfield Hills, MI 48304

**Via ACH or Wire:**
Bank Name: PNC Bank
Bank Location: Pittsburgh, PA
Bank Account Name: Plunkett Cooney, P.C.

Wire:
ABA: 041000124
Bank Account Number: 4245724427

ACH:
ABA: 021052053
Bank Account Number: 89429274

Remittance to:
   remit-mailbox@plunkettcooney.com

**ATTORNEYS & COUNSELORS AT LAW**

38505 Woodward Avenue, Suite 100 Bloomfield Hills, MI 48304 T: (248) 901-4000 F: (248) 901-4040 plunkettcooney.com
Tax ID No. 38-1896842

25-43017-prh    Doc 83-3    Filed 07/09/25    Entered 07/09/25 16:54:45    Page 6 of 21

# BILL FOR SERVICES RENDERED

| DATE | TKPR | DESCRIPTION | HRS |
|------|------|-------------|-----|
| 04/01/25 | MJ | REVIEW/ANALYZE ALL DOCUMENTS FILED IN PENDY'S BANKRUPTCY CASE, STRATEGY FOR PROCEEDING. | 1.10 |
| 04/01/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ████████ ████████████████████████ | 0.20 |
| 04/03/25 | DAL | REVIEW/ANALYZE BANKRUPTCY SCHEDULES FILED | 0.40 |
| 04/03/25 | MJ | REVIEW/ANALYZE STATEMENT REGARDING AUTHORITY TO FILE BANKRUPTCY. | 0.10 |
| 04/03/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA TELEPHONE RE: ████████ ████████████████████ | 0.60 |
| 04/04/25 | MJ | REVIEW/ANALYZE DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS. | 0.30 |
| 04/07/25 | MJ | REVIEW/ANALYZE STRATEGY FOR INITIAL STATUS CONFERENCE. | 0.30 |
| 04/07/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ████████ ████████████████████ | 0.20 |
| 04/08/25 | DAL | REVIEW/ANALYZE E MAIL FROM CLIENT RE ████████████████████ | 0.20 |
| 04/08/25 | DAL | APPEAR FOR/ATTEND INITIAL STATUS CONFERENCE , E MAILS WITH CLIENT RE ████████ | 1.10 |
| 04/09/25 | MJ | REVIEW/ANALYZE ORDER ESTABLISHING DEADLINE3S FOR FILING PROOFS OF CLAIM. | 0.20 |
| 04/09/25 | MJ | REVIEW/ANALYZE ORDER ESTABLISHING DEADLINES AND PROCEDURES. | 0.30 |
| 04/09/25 | MJ | REVIEW/ANALYZE ORDER DIRECTING FILING OF SOFA. | 0.10 |
| 04/09/25 | MJ | REVIEW/ANALYZE DECLARATION OF SUSAN PENDY. | 0.30 |
| 04/09/25 | MJ | REVIEW/ANALYZE PENDY'S BALANCE SHEET AS OF 12/31/24. | 0.10 |
| 04/09/25 | MJ | REVIEW/ANALYZE PENDY'S STATEMENT OF OPERATIONS AS OF 12/31/24. | 0.10 |
| 04/09/25 | MJ | REVIEW/ANALYZE PENDY'S CASH FLOW | 0.10 |

| DATE | TKPR | DESCRIPTION | HRS |
|------|------|-------------|-----|
| | | STATEMENT AS OF 12/23/24. | |
| 04/13/25 | MJ | REVIEW/ANALYZE NOTICE OF ORDER ESTABLISHING DEADLINES AND PROCEDURES. | 0.10 |
| 04/13/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ███████ ███████ | 0.20 |
| 04/13/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY SCOTT KWIATKOWSKI VIA EMAIL RE: POTENTIAL RESOLUTION. | 0.10 |
| 04/14/25 | MJ | REVIEW/ANALYZE DEBTOR'S FIRST DAY MOTIONS TO PAY EMPLOYEE OBLIGATIONS AND UTILITIES, ORDER SCHEDULING HEARING ON FIRST DAY MOTIONS. | 0.70 |
| 04/14/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVEUR VIA EMAIL RE: ███████ | 0.20 |
| 04/14/25 | DAL | COMMUNICATE (WITH CLIENT) E MAILS WITH TIM RE: ███████ ███████ | 0.40 |
| 04/15/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA MULTIPLE EMAILS RE: ███████ | 0.30 |
| 04/15/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY SCOTT KWIATKOWSKI VIA MULTIPLE TELEPHONE CALLS RE: POTENTIAL SETTLEMENT, PRIOR PURCHASE DISCUSSIONS, BANKRUPTCY STATUS, PRIOR STATE COURT LITIGATION. | 0.60 |
| 04/15/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ALL COUNSEL VIA EMAIL RE: DEBTOR'S FIRST DAY MOTIONS. | 0.10 |
| 04/22/25 | MJ | REVIEW/ANALYZE MINUTE ENTRIES RE: GRANTING OF FIRST DAY MOTIONS. | 0.10 |
| 04/22/25 | MJ | REVIEW/ANALYZE PROOF OF CLAIM FILED BY DTE. | 0.10 |
| 04/23/25 | DAL | COMMUNICATE (WITH CLIENT) E MAIL WITH TIM ███████ | 0.20 |
| 04/24/25 | MJ | REVIEW/ANALYZE REVISED PROPOSED ORDER ON FIRST DAY MOTION FOR EMPLOYEE OBLIGATIONS. | 0.10 |
| 04/24/25 | MJ | REVIEW/ANALYZE REVISED PROPOSED ORDER ON FIRST DAY MOTION FOR UTILITIES. | 0.10 |
| 04/24/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ███████ ███████ | 0.10 |
| 04/25/25 | MJ | REVIEW/ANALYZE UPDATED LEASE LEDGER. | 0.10 |
| 04/25/25 | MJ | REVIEW/ANALYZE ORDER GRANTING FIRST DAY MOTION RELATED TO EMPLOYEE OBLIGATIONS. | 0.10 |

| DATE | TKPR | DESCRIPTION | HRS | |
|------|------|-------------|-----|---|
| 04/25/25 | MJ | REVIEW/ANALYZE ORDER GRANTING FIRST DAY MOTION RELATED TO UTILITIES. | 0.20 | |
| 04/25/25 | MJ | REVIEW/ANALYZE PROOF OF CLAIM FILED BY ITRIA VENTURES. | 0.10 | |
| 04/25/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ███████████ ███████████████████████████████ | 0.20 | |
| 04/25/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY SCOTT KWIATKOSKI VIA EMAIL RE: POTENTIAL RESOLUTION. | 0.10 | |
| 04/26/25 | MJ | REVIEW/ANALYZE AMENDED PROOF OF CLAIM BY ITRIA VENTURES. | 0.10 | |
| 04/27/25 | MJ | REVIEW/ANALYZE U.S. BANK'S PROOF OF CLAIM. | 0.10 | |
| 04/30/25 | MJ | REVIEW/ANALYZE LETTER FROM SLIP AND FALL PLAINTIFF. | 0.10 | |
| 04/30/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA TELEPHONE RE: ██████ ███████████████████████████████ | 0.60 | |
| 04/30/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY SCOTT KWIATKOWSKI VIA EMAIL RE: ASKING PRICE FOR HAGE BUILDING. | 0.10 | |
| | | TOTAL ATTORNEY HOURS AND FEES | 10.90 | $3,542.50 |

TOTAL HOURS AND FEES      10.90     $3,542.50
NET FEES DUE      $3,542.50

## HOURS RECAP

| HOURS | | RATE | AMOUNT |
|-------|---|------|--------|
| 10.90 | @ | 325.00 | 3,542.50 |
| TOTALS | 10.90 | | |

## ATTORNEY RECAP

| TIMEKEEPER | HOURS | | RATE | AMOUNT |
|------------|-------|---|------|--------|
| 0188 - Lerner, David A | 2.30 | @ | 325.00 | $747.50 |
| 1125 - Jerabek, Marc | 8.60 | @ | 325.00 | $2,795.00 |

| | | | | |
|---|---|---|---|---|
| TOTAL HOURS AND FEES | | | 10.90 | $3,542.50 |
| NET FEES | | | | $3,542.50 |

## EXPENSES ADVANCED

| DATE | TKPR | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 04/01/25 | | MANDATORY COURT FEES PACER: COURT MIEBK / 33 PAGES | 1.00 | 3.30 |
| TOTAL EXPENSES ADVANCED | | | | $3.30 |
| NET EXPENSES | | | | $3.30 |

## SUMMARIZED EXPENSES

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| MANDATORY COURT FEES | 1.00 | 3.30 |
| TOTAL EXPENSES ADVANCED | | $3.30 |
| NET EXPENSES | | $3.30 |
| **TOTAL BILL FOR SERVICES RENDERED** | | **$3,545.80** |



## Professional Services Invoice

Couvreur Family Limited Partnership                     06/30/25
131 Lake Shore Road                           Invoice #: 10953096
Grosse Pointe Farms, MI 48236               Thru Date: 05/31/25

Attention: Timothy Couvreur

Billing Attorney: 1125 - Jerabek, Marc
RE: Couvreur Landlord Tenant / 20930 Mack Avenue, Inc.

Opposing Party: 20930 Mack Avenue, Inc.

Open Date: 10/14/22
Our File: 29341-23932
Your File:

---

| | |
|---|---|
| Current Fees Due | $6,055.00 |
| Current Disbursements | $0.00 |
| Total This Invoice | $6,055.00 |

Please remit to:
**Via Check:**                        Wire:
Plunkett Cooney                       ABA: 041000124
38505 Woodward, Ste. 100              Bank Account Number: 4245724427
Bloomfield Hills, MI 48304
                                      ACH:
                                      ABA: 021052053
**Via ACH or Wire:**                  Bank Account Number: 89429274
Bank Name: PNC Bank
Bank Location: Pittsburgh, PA
Bank Account Name: Plunkett Cooney, P.C.     Remittance to:
                                          remit-mailbox@plunkettcooney.com

# BILL FOR SERVICES RENDERED

| DATE | TKPR | DESCRIPTION | HRS |
|------|------|-------------|-----|
| 05/01/25 | MJ | REVIEW/ANALYZE OUTSTANDING WATER BILL AND LETTER FROM CITY. | 0.10 |
| 05/01/25 | MJ | REVIEW/ANALYZE AMENDED SCHEDULES FILED BY DEBTOR. | 0.20 |
| 05/01/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ▇▇▇▇▇ | 0.10 |
| 05/01/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY LYNN BRIMER VIA TELEPHONE AND EMAIL RE: POTENTIAL RESOLUTION, PRIOR COMMUNICATIONS WITH HAGE'S ESTATE, ONGOING LITIGATION. | 0.50 |
| 05/01/25 | MJ | APPEAR FOR/ATTEND 341 HEARING. | 1.20 |
| 05/02/25 | DAL | COMMUNICATE (IN FIRM) E MAIL WITH MARC RE ATTENDING MEETING OF CREDITORS TO ASK QUESTIONS REGARDING ASSUMPTION OF LEASE, HAGE BUILDING AND INSURANCE | 0.20 |
| 05/02/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ▇▇▇▇▇ DISCUSSION WITH DEBTOR'S COUNSEL, POTENTIAL PURCHASE OF BUILDING, NEXT STEPS. | 0.50 |
| 05/02/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH LYNN BRIMERR VIA EMAIL RE: OUTSTANDING AMOUNTS DUE FOR WATER. | 0.10 |
| 05/05/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA TEAMS MEETING RE: ▇▇▇▇▇ | 0.40 |
| 05/05/25 | CC | COMMUNICATE (WITH CLIENT) TELEPHONE CALL WITH TIM COUVREUR REGARDING ▇▇▇▇▇ | 0.30 |
| 05/06/25 | DAL | REVIEW/ANALYZE E MAILS RE POSSIBLE OFFER TO SEEL HAGE BUILDING AND INSURANCE LAPSING | 0.20 |
| 05/06/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA MULTIPLE EMAILS AND TELEPHONE RE: ▇▇▇▇▇ | 0.70 |
| 05/06/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTYS LYNN BRIMER AND EVAN KAPLOE | 0.50 |

| DATE | TKPR | DESCRIPTION | HRS |
|------|------|-------------|-----|
| | | VIA TELEPHONE AND MULTIPLE EMAILS RE: SETTLEMENT, SEPARATE LITIGATION INVOLVING HAGE AND SERVENTI. | |
| 05/07/25 | MJ | DRAFTING OF SETTLEMENT COMMUNICATION TO HAGE'S COUNSEL AND PENDY'S COUNSEL. | 0.70 |
| 05/07/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA TELEPHONE RE: ███████████ | 0.50 |
| 05/07/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTYS LYNN BRIMER AND EVAN KAPLOE VIA TELEPHONE AND EMAIL RE: INSPECTION OF RESTAURANT. | 0.30 |
| 05/08/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: REVISIONS TO SETTLEMENT EMAIL. | 0.10 |
| 05/08/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTYS SCOTT KWIATKOSKI, LYNN BRIMER, AND EVAN KAPLOE VIA EMAIL RE: POTENTIAL SETTLEMENT. | 0.10 |
| 05/09/25 | MJ | REVIEW/ANALYZE DEBTOR'S STATUS CONFERENCE REPORT. | 0.20 |
| 05/09/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ███████████ | 0.20 |
| 05/09/25 | DAL | COMMUNICATE (WITH CLIENT) E MAIL TO CLIENT RE ███████████ | 0.20 |
| 05/09/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTYS LYNN BRIMER, EVAN KAPLOE, AND SCOTT KWIATKOWSKI VIA EMAIL RE: SETTLEMENT, TIMELINE FOR SAME. | 0.10 |
| 05/13/25 | MJ | REVIEW/ANALYZE PROOF OF CLAIM BY US FOODS. | 0.10 |
| 05/13/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY SCOTT KWIATKOWSKI VIA EMAIL RE: POTENTIAL RESOLUTION. | 0.20 |
| 05/13/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY PATRICK FORTUNA VIA TELEPHONE AND EMAIL RE: SETTLEMENT. | 0.10 |
| 05/14/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA TELEPHONE RE: ███████████ | 0.50 |
| 05/14/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY PATRICK FORTUNA VIA TELEPHONE AND EMAIL RE: POTENTIAL SALE OF HAGE BUILDING, EXISTING TENANT, ALLEGED | 0.30 |

| DATE | TKPR | DESCRIPTION | HRS |
|------|------|-------------|-----|
| | | DAMAGES. | |
| 05/15/25 | MJ | REVIEW/ANALYZE UPDATED RENT LEDGER. | 0.10 |
| 05/15/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ███████████████████████████████ | 0.10 |
| 05/15/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH LYNN BRIMER VIA MULTIPLE EMAILS RE: INSPECTION OF PROPERTY, INSURANCE, AMOUNTS PAST DUE. | 0.20 |
| 05/16/25 | MJ | REVIEW/ANALYZE DEBTOR'S APPLICATIONS TO EMPLOY STROBL AND ACCOUNTING FIRM. | 0.20 |
| 05/16/25 | MJ | REVIEW/ANALYZE ORDERS ON APPLICATIONS TO EMPLOY STROBL AND MAHA. | 0.10 |
| 05/16/25 | MJ | REVIEW/ANALYZE CHAPTER 11 MONTHLY OPERATING REPORT (MARCH 2025). | 0.20 |
| 05/16/25 | MJ | REVIEW/ANALYZE AMENDED NOTICE OF STATUS CONFERENCE. | 0.10 |
| 05/16/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ██████████████████████████████████ | 0.20 |
| 05/16/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ALL COUNSEL VIA EMAIL RE: UPCOMING STATUS CONFERENCE. | 0.10 |
| 05/19/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTYS LYNN BRIMER, SCOTT KWIATKOWSKI, AND EVAN KAPLOE VIA EMAIL RE: POTENTIAL GLOBAL RESOLUTION. | 0.10 |
| 05/20/25 | MJ | PLAN AND PREPARE FOR STATUS CONFERENCE. | 0.30 |
| 05/20/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA TELEPHONE RE: ████████████████████████████ | 0.60 |
| 05/20/25 | DAL | COMMUNICATE (WITH CLIENT) E MAIL WITH CLIENT RE ████████████████████████████ | 0.20 |
| 05/20/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTYS LYNN BRIMER, SCOTT KWIATKOWSKI, AND EVAN KAPLOE VIA MULTIPLE EMAILS RE: POTENTIAL RESOLUTION, STATUS CONFERENCE. | 0.50 |
| 05/20/25 | MJ | APPEAR FOR/ATTEND STATUS CONFERENCE. | 0.70 |
| 05/21/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTYS LYNN BRIMER AND EVAN KAPLOE VIA TELEPHONE RE: INSPECTION OF PROPERTY, POTENTIAL STATUS CONFERENCE, SETTLEMENT | 0.20 |

| DATE | TKPR | DESCRIPTION | HRS |
|------|------|-------------|-----|
| 05/21/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY PATRICK FORTUNA VIA TELEPHONE AND EMAIL RE: ACCESS TO PROPERTY, EXISTING LEASE. | 0.10 |
| 05/21/25 | MJ | APPEAR FOR/ATTEND PROPERTY INSPECTION, REVIEW AND SAVING OF INSPECTION PHOTOS. | 1.40 |
| 05/22/25 | MJ | REVIEW/ANALYZE EMAIL FROM ATTY GENE BOYLE TO NICHOLAS SAVAGE, DEFAULT IN FAVOR OF PENDY'S AGAINST ESTATE OF HAGE. | 0.10 |
| 05/22/25 | MJ | REVIEW/ANALYZE NOTICE OF STATUS CONFERENCE. | 0.10 |
| 05/22/25 | MJ | REVIEW/ANALYZE WAN KOW LEASE. | 0.10 |
| 05/22/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ██████████ ████████████████████████████ | 0.40 |
| 05/22/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTYS EVAN KAPLOE AND LYNN BRIMER VIA EMAIL RE: STATUS CONFERENCE FOR RESOLUTION. | 0.10 |
| 05/22/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTYS PATRICK FORTUNA, STEPHEN DEBATES, LYNN BRIMER, EVAN KAPLOE, AND SCOTT KWIATKOWSKI VIA TELEPHONE AND MULTIPLE EMAILS RE: POTENTIAL GLOBAL RESOLUTION, ACCESS TO PROPERTY, STATUS CONFERENCE IN BANKRUPTCY COURT. | 0.50 |
| 05/23/25 | MJ | REVIEW/ANALYZE ORDER FOR STATUS CONFERENCE. | 0.10 |
| 05/23/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ██████████ ████████████████████████████ | 0.20 |
| 05/23/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY PATRICK FORTUNA VIA EMAIL RE: POTENTIAL INSPECTION OF PROPERTY. | 0.10 |
| 05/27/25 | MJ | REVIEW/ANALYZE STRATEGY FOR BANKRUPTCY CASE AND SURROUNDING LITIGATION. | 0.30 |
| 05/27/25 | DAL | REVIEW/ANALYZE E MAIL FROM CLIENT TO DEBTOR RE ██████████████████████ | 0.40 |
| 05/27/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR AND DAVID LERNER VIA CONFERENCE CALL RE: ████████████ ████████████████████████████ | 1.00 |
| 05/27/25 | DAL | COMMUNICATE (WITH CLIENT) CALL WITH CLIENT RE ████████████████████ | 0.80 |

| DATE | TKPR | DESCRIPTION | HRS | |
|------|------|-------------|-----|---|
| 05/28/25 | DAL | REVIEW/ANALYZE APRIL OPERATING REPORT | 0.20 | |
| 05/28/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY PATRICK FORTUNA VIA EMAIL RE: POTENTIAL INSPECTION OF PROPERTY, UPCOMING STATUS CONFERENCE. | 0.10 | |
| 05/29/25 | DAL | COMMUNICATE (WITH CLIENT) E MAIL TIM | 0.20 | |
| | | TOTAL ATTORNEY HOURS AND FEES | 18.70 | $6,055.00 |

| | | | |
|---|---|---|---|
| TOTAL HOURS AND FEES | | 18.70 | $6,055.00 |
| NET FEES DUE | | | $6,055.00 |

## HOURS RECAP

| HOURS | | RATE | AMOUNT |
|-------|---|------|--------|
| 18.40 | @ | 325.00 | 5,980.00 |
| 0.30 | @ | 250.00 | 75.00 |
| TOTALS 18.70 | | | |

## ATTORNEY RECAP

| TIMEKEEPER | HOURS | | RATE | AMOUNT |
|------------|-------|---|------|--------|
| 0188 - Lerner, David A | 2.40 | @ | 325.00 | $780.00 |
| 1125 - Jerabek, Marc | 16.00 | @ | 325.00 | $5,200.00 |
| 1533 - Chidiac, Cloie | 0.30 | @ | 250.00 | $75.00 |
| TOTAL HOURS AND FEES | 18.70 | | | $6,055.00 |
| NET FEES | | | | $6,055.00 |



**Professional Services Invoice**

Couvreur Family Limited Partnership 07/08/25
131 Lake Shore Road Invoice #: 10953697
Grosse Pointe Farms, MI 48236 Thru Date: 06/30/25

Attention: Timothy Couvreur

Billing Attorney: 1125 - Jerabek, Marc
RE: Couvreur Landlord Tenant / 20930 Mack Avenue, Inc.

Opposing Party: 20930 Mack Avenue, Inc.

Open Date: 10/14/22
Our File: 29341-23932
Your File:

---

| | |
|---|---|
| Current Fees Due | $2,697.50 |
| Current Disbursements | $0.00 |
| | |
| Total This Invoice | $2,697.50 |

Please remit to:
**Via Check:**                                    Wire:
Plunkett Cooney                              ABA: 041000124
38505 Woodward, Ste. 100            Bank Account Number: 4245724427
Bloomfield Hills, MI 48304

                                                        ACH:
**Via ACH or Wire:**                        ABA: 021052053
Bank Name: PNC Bank                    Bank Account Number: 89429274
Bank Location: Pittsburgh, PA
Bank Account Name: Plunkett Cooney, P.C.        Remittance to:
                                                            remit-mailbox@plunkettcooney.com

# BILL FOR SERVICES RENDERED

| DATE | TKPR | DESCRIPTION | HRS | |
|------|------|-------------|-----|---|
| 06/02/25 | MJ | REVIEW/ANALYZE (NO CHARGE) PROPOSED STIPULATION REGARDING ADJOURNMENT OF STATUS CONFERENCE. | 0.10 | N/C |
| 06/02/25 | MJ | REVIEW/ANALYZE (NO CHARGE) REVISED AND SUBMITTED STIPULATION TO ADJOURN STATUS CONFERENCE (STIPULATED BY DEBTOR, HAGE, AND SUB-CHAPTER V TRUSTEE). | 0.10 | N/C |
| 06/02/25 | DAL | REVIEW/ANALYZE (NO CHARGE) E MAILS RE ADJOURNING STATUS CONFERENCE AND NON PAYMENT OF RENT | 0.40 | N/C |
| 06/02/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA MULTIPLE EMAILS AND MULTIPLE TELEPHONE CALLS RE: ███████ | 1.00 | |
| 06/02/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTYS LYNN BRIMER, CHUCK MOURANIE, RONNA JACKSON, SCOTT KWIATKOWSKI, AND PATRICK FORTUNA VIA MULTIPLE EMAILS RE: PROPOSED ADJOURNMENT OF STATUS CONFERENCE, OPPOSITION TO SAME, LACK OF JUNE RENT. | 0.50 | |
| 06/02/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY SCOTT KWIATKOWSKI VIA TELEPHONE RE: POTENTIAL GLOBAL RESOLUTION, DISCUSSIONS WITH MOURANIE, NEXT STEPS. | 0.30 | |
| 06/02/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY LYNN BRIMER VIA TELEPHONE RE: ONGOING SETTLEMENT DISCUSSIONS, INVOLVEMENT OF MOURANIE, JUNE RENT. | 0.30 | |
| 06/02/25 | MJ | COMMUNICATE (OTHER EXTERNAL) (NO CHARGE) WITH CHUCK MOURANIE VIA TELEPHONE AND EMAIL RE: POTENTIAL RESOLUTION, ADJOURNMENT OF STATUS CONFERENCE. | 0.20 | N/C |
| 06/03/25 | DAL | DRAFTING OF PROOF OF CLAIM FOR AMOUNTS OWED AS OF BANKRUPTCY FILING | 0.60 | |
| 06/03/25 | MJ | REVIEW/ANALYZE (NO CHARGE) AMENDED STIPULATION TO ADJOURN STATUS CONFERENCE (FILED BY DEBTOR). | 0.10 | N/C |
| 06/03/25 | MJ | REVIEW/ANALYZE (NO CHARGE) ORDER DENYING AS MOOT REQUEST FOR | 0.10 | N/C |

| DATE | TKPR | DESCRIPTION | HRS | |
|------|------|-------------|-----|---|
| | | ADJOURNMENT OF STATUS CONFERENCE. | | |
| 06/03/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL AND TELEPHONE RE: ███████ | 0.60 | |
| 06/03/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) (NO CHARGE) WITH ALL COUNSEL VIA MULTIPLE EMAILS RE: CANCELLATION OF STATUS CONFERENCE, INSPECTION OF HAGE BUILDING. | 0.20 | N/C |
| 06/03/25 | MJ | COMMUNICATE (OTHER EXTERNAL) WITH CHUCK MOURANIE VIA TELEPHONE RE: POTENTIAL GLOBAL RESOLUTION, SETTLEMENT DISCUSSIONS TO DATE, ANTICIPATED ADJOURNMENT OF STATUS CONFERENCE, STRATEGY FOR PROCEEDING. | 0.50 | |
| 06/04/25 | MJ | COMMUNICATE (WITH CLIENT) (NO CHARGE) WITH TIM COUVREUR VIA EMAIL RE: ██████. | 0.10 | N/C |
| 06/05/25 | DAL | REVIEW/ANALYZE (NO CHARGE) PROOF OF CLAIM FOR UNPAID NATURAL GAS BILLS | 0.20 | N/C |
| 06/09/25 | DAL | COMMUNICATE (WITH CLIENT) E MAIL ███████ | 0.20 | |
| 06/10/25 | MJ | REVIEW/ANALYZE (NO CHARGE) NOTICE OF OPEN HOUSE. | 0.10 | N/C |
| 06/10/25 | MJ | COMMUNICATE (WITH CLIENT) (NO CHARGE) WITH TIM COUVREUR VIA EMAIL RE: ██████. | 0.10 | N/C |
| 06/10/25 | DAL | COMMUNICATE (WITH CLIENT) (NO CHARGE) E MAIL FROM TIM RE ███████ | 0.20 | N/C |
| 06/10/25 | DAL | COMMUNICATE (OTHER OUTSIDE COUNSEL) E MAIL TO DEBTOR COUNSEL RE LACK OF PAYMENT ON RENT | 0.20 | |
| 06/12/25 | DAL | COMMUNICATE (WITH CLIENT) E MAIL FROM TIM RE ██████ E MAIL TO DEBTOR COUNSEL RE ONLY PARTIAL RENT PAID | 0.30 | |
| 06/13/25 | DAL | REVIEW/ANALYZE PROOF OF CLAIM BY HAGE ESTATE AND PROOFS OF CLAIM FROM CASH MERCHANT CREDITORS | 0.30 | |
| 06/16/25 | MJ | REVIEW/ANALYZE ORDER EXTENDING DEADLINE TO FILE PLAN AND RELATED DEADLINES. | 0.10 | |
| 06/16/25 | DAL | COMMUNICATE (WITH CLIENT) (NO CHARGE) E MAILS WITH TIM RE ███████ | 0.30 | N/C |
| 06/17/25 | DAL | COMMUNICATE (WITH CLIENT) E MAIL WITH TIM RE ██████ | 0.20 | |

| DATE | TKPR | DESCRIPTION | HRS | |
|------|------|-------------|-----|---|
| 06/18/25 | MJ | REVIEW/ANALYZE LEASE TERMS, STRATEGY FOR PROCEEDING. | 0.20 | |
| 06/20/25 | DAL | REVIEW/ANALYZE AMENDED ORDER FOR CONFIRMATION DATES | 0.30 | |
| 06/24/25 | DAL | REVIEW/ANALYZE MOTION TO ASSUME LEASE, E MAIL WITH TIM RE ██████ | 0.70 | |
| 06/24/25 | MJ | COMMUNICATE (WITH CLIENT) WITH TIM COUVREUR VIA EMAIL RE: ██████ | 0.20 | |
| 06/24/25 | MJ | COMMUNICATE (OTHER OUTSIDE COUNSEL) WITH ATTY EVAN KAPLOE VIA TELEPHONE RE: LACK OF COMMUNICATION FROM HAGE'S ESTATE, POTENTIAL STATUS CONFERENCE, JUNE RENT, EXTENDING DEADLINE TO ASSUME/REJECT LEASE. | 0.20 | |
| 06/25/25 | MJ | REVIEW/ANALYZE (NO CHARGE) RECENT BANKRUPTCY CASE FILINGS, STRATEGY FOR PROCEEDING. | 0.20 | N/C |
| 06/25/25 | DAL | COMMUNICATE (WITH CLIENT) (NO CHARGE) E MAILS WITH TIM RE ██████ | 0.40 | N/C |
| 06/25/25 | DAL | COMMUNICATE (OTHER OUTSIDE COUNSEL) (NO CHARGE) DISCUSSION WITH SUBCHAPTER V TRUSTEE ON HAGE BUILDING | 0.40 | N/C |
| 06/26/25 | MJ | REVIEW/ANALYZE STRATEGY FOR MOTION TO ASSUME LEASE, POTENTIAL OBJECTION, VIABILITY OF RESTAURANT. | 0.30 | |
| 06/27/25 | DAL | DRAFTING OF OBJECTION TO ASSUMPTION OF LEASE, REVIEW REVISED SPREADSHEET OF AMOUNT DUE UNDER LEASE | 1.30 | |
| 06/30/25 | DAL | COMMUNICATE (WITH CLIENT) (NO CHARGE) E MAIL TIM RE ██████ | 0.20 | N/C |
| | | TOTAL ATTORNEY HOURS AND FEES | 11.70 | $2,697.50 |
| TOTAL HOURS AND FEES | | | 11.70 | $2,697.50 |
| NET FEES DUE | | | | $2,697.50 |

## HOURS RECAP

| HOURS | RATE | AMOUNT |
|-------|------|--------|
| 8.20 | @ | 325.00 |

|  |  | 3.40 | @ | 0.00 | 0.00 |
|--|--|------|---|------|------|
|  | TOTALS | 11.70 |  |  |  |

## ATTORNEY RECAP

| TIMEKEEPER | HOURS |  | RATE | AMOUNT |
|------------|-------|--|------|--------|
| 0188 - Lerner, David A | 4.10 | @ | 325.00 | $1,332.50 |
| 1125 - Jerabek, Marc | 4.20 | @ | 325.00 | $1,365.00 |
| 0188 - Lerner, David A | 2.10 | @ | 0.00 | $0.00 |
| 1125 - Jerabek, Marc | 1.30 | @ | 0.00 | $0.00 |
| TOTAL HOURS AND FEES | 11.70 |  |  | $2,697.50 |
| NET FEES |  |  |  | $2,697.50 |